IN THE CIRCUIT COURT FOR THE THIRTEENTH JUDICIAL DISTRICT
OF TENNESSEE

DALE WALKER AND CYNTHIA
WALKER,

    *Plaintiffs*,

-vs-

UNITED PARCEL SERVICE CO.,
a/k/a UNITED PARCEL SERVICE,
INC.

    *Defendant.*

Case No. CC3418-K

JURY DEMAND

FILED
SEP 24 2025
TIME 2:07 pm
BEVERLY F. JOLLEY
CIRCUIT COURT CLERK

# COMPLAINT

COME NOW THE PLAINTIFFS, DALE WALKER and CYNTHIA WALKER and sue the Defendant, UNITED PARCEL SERVICE CO. a/k/a UNITED PARCEL SERVICE, INC., and would state as follows:

## I.
### Introduction

1. This is an action for tortious injury to property caused when a driver and operator for United Parcel Service drove his vehicle in a negligent manner causing it to strike and damage a roof at the Plaintiffs' commercial building located at 3661 Roberts Mathews Highway, Sparta, Tennessee 38583. Plaintiffs seek compensatory damages arising from this property casualty loss in an amount to be awarded by a jury.

*Complaint - 1*

EXHIBIT A

## II.
## Parties

2. Plaintiff Dale Walker is an adult citizen and resident of White County, Tennessee.

3. Plaintiff Cynthia Walker is an adult citizen and resident of White County, Tennessee.

4. Defendant United Parcel Service Co., a/k/a United Parcel Service, Inc. ("UPS") is Delaware corporation and has its corporate headquarters at 55 Glenlake Parkway, Atlanta, Georgia 30328. Its registered agent for service of process within the State of Tennessee is Corporation Service Company, 2908 Poston Avenue, Nashville, TN 37203.

## III.
## Facts

5. On or about February 12, 2025, UPS made a delivery to the property located at 3661 Roberts Mathews Highway, Sparta, Tennessee 38583.

6. While operating the UPS truck in the vicinity of a commercial building at this location, the UPS vehicle collided with the roof of the building causing extensive damage to the roof.

7. Plaintiffs allege that the property damage to the roof exceeds Eighty Thousand Dollars.

8. Plaintiffs have made demand for payment of these repair costs and have been unsuccessful in resolving this claim for damages.

## IV.
## Causes of Action
## Negligence – Damage to Property

9. Plaintiffs incorporate by reference herein the allegations contained in the foregoing paragraphs and do further allege as follows:

10. The Defendant's driver owed a duty to the Plaintiffs to operate the Defendant's truck in a manner that was safe and reasonable taking into account the buildings and structures on the property.

11. The Defendant's driver was negligent in his operation of the Defendant's vehicle by failing to maintain control of the vehicle and failing to take proper precautions to avoid a collision with surrounding structures.

12. Plaintiffs allege under the doctrine of *respondeat superior* that the driver of the vehicle on February 12, 2025, was an agent or employee of UPS, and at all times was acting in the course and scope of his agency.

13. As a direct and proximate result of the negligence of the Defendant's driver, the Plaintiffs have suffered damages in an amount to be determined by the jury.

WHEREFORE, PLAINTIFFS SEEK THE FOLLOWING RELIEF:

1. That Plaintiffs be allowed to file this action and that process issue to the Defendant UNITED PARCEL SERVICE CO., requiring it to respond within the time required by the Tennessee Rules of Civil Procedure;

2. That at the trial of this action, the Plaintiffs be awarded compensatory damages in excess of Eighty Thousand Dollars ($80,000.00);

3. That the Plaintiffs have and recover such further and general relief as to which they may be entitled, together with the costs of this cause.

Respectfully submitted,

CRAIN LAW GROUP, PLLC

By: /s/ Larry L. Crain

Larry L. Crain, Tenn.Sup. Crt. # 9040
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600
Larry@Crainlaw.legal

*Attorney for the Plaintiffs*

LARRY L. CRAIN
CRAIN LAW GROUP, PLLC
5214 Maryland Way, Suite 402
Brentwood, TN 37027

CERTIFIED MAIL

9589 0710 5270 2961 5537 76

US POSTAGE $010.73
First-Class - IM
ZIP 37027
09/30/2025
036B 0011821002

United Parcel Service, Co.
d/b/a United Parcel Service, Inc.
c/o Registered Agent: Corporation Service Company
2908 Poston Avenue
Nashville, Tennessee 37203